IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 2:17-cv-03782-KSH-CLW |
| ) | |
| v. ) | |
| ) | |
| ARISTIDES TASIOU ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL

Plaintiff UNITED STATES OF AMERICA and Defendant ARISTIDES TASIOU stipulate to the dismissal of this action without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Each party to bear its own costs and fees.

SEEN AND AGREED:

*s/ Joycelyn S. Peyton*
JOYCELYN S. PEYTON
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, D.C. 20044
Joycelyn.S.Peyton@usdoj.gov
*Counsel for the United States*

Date: January 29, 2020

SEEN AND AGREED:

*s/ V. Anthony Digirolamo*
V. ANTHONY DIGIROLAMO
15 Mountain Blvd.
Warren, NJ 07059
adigirolamo@newjerseylaw.net
*Counsel for Tasiou*

Date: January 30, 2020

**SO ORDERED**
**HON. KATHARINE S. HAYDEN, U.S.D.J.**

**MARCH 13, 2020**

{A1188115.1 }